

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JONATHAN RODRIGUEZ CHAVARRIA,<br><br>                                    Petitioner,<br><br>v.<br><br>GREGORY J. ARCHAMBEAULT, Field Office Director of Enforcement and Removal Operations, San Diego Field Office, et al.,<br><br>                                    Respondents. | Case No.:  25-CV-3655 JLS (SBC)<br><br>**ORDER REGARDING STATUS REPORT**<br><br>(ECF No. 7) |

Presently before the Court is Petitioner Jonathan Rodriguez Chavarria's Status Report (ECF No. 7) filed pursuant to the Court's December 24, 2025, Order granting in part Petitioner's Petition for Writ of Habeas Corpus (ECF No. 1) and ordering "Respondents to immediately **RELEASE** Petitioner from custody subject to the same bond and conditions of release as ordered by the Immigration Judge on July 25, 2025." ECF No. 1 at 3.  Petitioner submits that on December 29, 2025, Petitioner was informed that his "I-352 bond contract was approved and that the release process . . . w[ould] proceed." ECF No. 7 at 2.  ICE informed Petitioner's counsel that release would occur on the evening of December 30, 2025, but at the time of filing the present Status Report, he had not yet been released.

Accordingly, the Court **ORDERS** the Parties to file a status report <u>by January 12, 2026</u>, confirming Petitioner's release.

**IT IS SO ORDERED.**

Dated:  January 9, 2026

Hon. Janis L. Sammartino
United States District Judge

25-CV-3655 JLS (SBC)